

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jasmeet Singh Randhawa | **Civil Action No.** 25-cv-02444-AGS-BLM |
| **Petitioner** | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Respondent.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The request to dismiss the petition for writ of habeas corpus (ECF 10 ) is granted. The petition is dismissed without prejudice as moot. The case is hereby closed.

Date: _____ 2/4/26 _____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita _____

M. Fujita, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>25-cv-02444-AGS-BLM</u>

Respondents:
Warden of the Otay Mesa Detention Center
Detention Facility
Field Officer Director
San Fancisco Field Officer, United States
Immigration and Customs Enforcement
Director
United States Immigration and Customs
Enforcement
Secretary
United States Department of Homeland Security
United States Attorney General, -